373 A.2d 1132

Commonwealth v. Musselman, Appellant.

Argued November 9, 1976. John Woodcock, Jr., Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1132

Commonwealth v. Nelson, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.